AO 238 (Rev. 06/19) Arrest Warrant on Probation Request

Case 1:25-mj-00733-LRV   Document 1   Filed 12/23/25   Page 1 of 1 PageID# 1
Case 8:21-po-01099   Document: 43, Filed: 12-21-2023, Page 1 of 3

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MARYLAND

United States of America
v.

**DONOHUE, ALEC J**
**250 S VAN DORN ST APT N114**
**ALEXANDRIA, VA 22304**

*Defendant*

CM/ECF Case No. 8:21-PO-01099-TMD

| Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|
| MY95 | 9296709 | 03/23/2021 |

| Offense(s) | Amount Due |
|---|---|
| OPERATING VEHICLE WHILE UNDER INFLUENCE OF ALCOHOL OR C | APPEARANCE REQUIRED |
| VIOLATION OF PROBATION | ENTER INTO NCIC |

## ARREST WARRANT

**ENTER INTO NCIC**

To: Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: 12/20/23 8:45am

*Judge's signature*
HON C. BRUCE ANDERSON

**Return**

| | Date: | Location: |
|---|---|---|
| **Received** | 12/23/2025 | 401 Courthouse Sq. Alexandria VA 22314 |

*Executed by the arrest of the defendant.*

| | Date: | Location: |
|---|---|---|
| **Arrested** | 12/26/2025 | Alexandria Detention Center |

Name: James Roche   Title: DUSM   District: E/VA
Date: 12/23/2025   Signature: [signed]